FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -2 A 10 30

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| MELVIE WHITEHEAD, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: CV205-087 |
| MERCK & CO., INC., *et al,* | § § | |
| Defendants. | § § § | Jury Trial Demanded |

## ORDER

The Motion of Merck & Co., Inc., to Stay All Proceedings in this case pending expected transfer to the Eastern District of Louisiana, Judge Elton E. Fallon, which has jurisdiction of Multi-District Litigation for Vioxx® cases, having been made and considered, including the consent of the Plaintiff to such stay,

IT IS ORDERED that all proceedings in this case are stayed pending expected transfer to the Eastern District of Louisiana, or until further order of this Court.

Counsel for Merck is instructed to advise the Court when the expected transfer occurs, or if for any reason it does not, of the fact that it is not being so transferred.

In Open Court this ____ day of June, 2005.

_____
Anthony A. Alaimo
Judge, United States District Court

587311-1

Prepared by:
Arnold C. Young
Georgia Bar No. 781500
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, Georgia 31412-0048
(912) 236-0261
(912) 236-4936